UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL TODD                                                                                          PLAINTIFF

v.                                                                                   CIVIL ACTION NO. 3:05CV-295-S

MEDICAL AND PROFESSIONAL
COLLECTION SERVICES, INC.                                                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the court on the motion of the plaintiff to strike certain of the affirmative defenses stated in the defendant's answer.

A scheduling conference has not yet taken place in this matter, and it is unclear whether any discovery has occurred. While some, or all, of the defendant's affirmative defenses may eventually prove unavailing factually or legally, it is premature upon this record to strike them at this time.

The plaintiff's motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this

cc:     Counsel of Record